# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **TSHABALALA VUYO,** | ) |
| **Petitioner,** | ) |
| v. | ) Case No: 4:12-cv-1810-CLS-RRA |
| **ERIC HOLDER, ET AL.,** | ) |
| **Respondent.** | ) |

## MEMORANDUM OPINION

This is a habeas corpus petition brought pursuant to 28 U.S.C. § 2241. The magistrate judge entered a report and recommendation recommending that the action be dismissed. No objections have been filed.

The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This action is due to be dismissed. An appropriate order will be entered.

DONE this 28th of June, 2012.

_____
United States District Judge